JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

EUNHA OH,

Petitioner,

v.

ERNESTO SANTACRUZ et al.,

Respondents.

Case No. 5:26-cv-05472-SB-MBK

FINAL JUDGMENT

For the reasons stated in the separate order entered this date, Petitioner Eunha Oh's petition for a writ of habeas corpus is denied as to Counts 1, 2, 3, and 5. Count 4 is dismissed without prejudice for failure to exhaust administrative remedies.

This is a final judgment.

Date: October 13, 2026

Stanley Blumenfeld, Jr.
United States District Judge